United States District Court
Southern District of Texas
**ENTERED**
September 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EDUARDO GARZA | ) | CIVIL ACTION NUMBER |
| | ) | M-14-789 |
| VS. | ) | |
| | ) | CRIMINAL NUMBER |
| UNITED STATES OF AMERICA | ) | C-05-088-1 |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant Eduardo Garza's cause of action. After having reviewed the Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Dorina Ramos' Report and Recommendation entered as Docket Entry Number 7 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Movant and counsel for Respondent.

DONE on this 26th day of September, 2017, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE